THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Alvin Earle
 Ballard, Jr., Appellant.
 
 
 

Appeal From Spartanburg County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-109
Submitted February 1, 2008  Filed
 February 12, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor D. Cleary, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III,  of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Alvin Earle Ballard, Jr., (Ballard) appeals his
 convictions and sentences for armed robbery, assault and battery of a high and
 aggravated nature, and two counts of assault with intent to kill.  On appeal,
 Ballard maintains the trial court erred in denying his motion for a directed
 verdict because the evidence was insufficient to convict him of armed robbery. 
 Ballard also asserts numerous pro se arguments.  After a thorough review of the record, counsels brief,
 and Ballards pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Ballards appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED. [1]
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.